# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

United States of America,

                          Plaintiff,

vs.

Eric Obregon, Jr.,

                         Defendant.

Case No. 1:23-cr-00032

## ORDER DENYING MOTION TO REDUCE SENTENCE

[¶1]    THIS MATTER comes before the Court on a Motion to Reduce Sentence filed by the Defendant on January 16, 2026. Doc. No. 47. The Federal Public Defender's Office filed a Notice of Intent Not to Supplement the Defendant's Motion on January 21, 2026. Doc. No. 49.  The United States filed a Response on February 18, 2025. Doc. No. 50.

[¶2]    The Defendant seeks a reduction of his sentence based upon Amendment 821 to the United States Sentencing Guidelines which went into effect on November 1, 2023. Pursuant to 18 U.S.C. § 3582(c)(2), a defendant may seek a sentence reduction if she has "been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission[.]"

[¶3]    In Part A to Amendment 821, the United States Sentencing Commission modified the provision for adding criminal history points when a defendant committed the instant offense while under another criminal justice sentence. These are called "status points." Here, the Defendant had twelve (12) criminal history points before adding one (1) additional status point under Part A to Amendment 821. Doc. No. 34, ¶¶ 39–41. Therefore, he has already received the full benefit of Part A to Amendment 821.

- 2 -

[¶4]     Part B, Subpart 1 to Amendment 821, created a two-level reduction in the total offense level for defendants receiving zero criminal history points and whose offense did not involve certain criteria. See also U.S.S.G. § 4C1.1 (providing an guidelines adjustment for some zero-point offenders). As noted, the Defendant is not a zero-point offender and Part B, Subpart 1 to Amendment 821, therefore, does not apply.

[¶5]     Accordingly, the Defendant is not eligible for a sentence reduction under 18 U.S.C. § 3582(c)(2). The Defendant Motion to Reduce Sentence is **DENIED**.

[¶6]     **IT IS SO ORDERED.**

DATED April 1, 2026.

_____
Daniel M. Traynor, District Judge
United States District Court